**John M. ALEXANDER, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27101.**

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of unlawfully selling intoxicating liquor in a wet area, without having obtained a license from the Texas Liquor Control

Board to sell such liquor, and his punishment was assessed at a fine of $100.

There appears in this record neither a recognizance nor an appeal bond. In the absence of a sufficient appeal bond or recognizance or a showing that appellant is in jail, this court is without jurisdiction of a misdemeanor appeal. White v. State, 87 Tex.Cr.R. 315, 221 S.W. 283; Skinner v. State, Tex.Cr.App., 252 S.W.2d 167; Braun v. State, Tex.Cr.App., 257 S.W.2d 708.

The appeal is dismissed.

Opinion approved by the Court.